**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

SHIKEMA WILLIAMS, as Administratrix of
the Estate of Frederick Velez, et al.

               Plaintiffs,

    v.                                                   6:17-cv-750
                                                            (TJM/ATB)

SUSAN CONNELL, et al.,

               Defendants.

---

**Thomas J. McAvoy, SR. U.S.D.J.**

## ORDER

Defendants filed a motion to dismiss this action, which alleges that Defendants violated the rights of Plaintiff and Plaintiff's decedent when they failed to prevent a fatal assault from another prison inmate at the Oneida County (New York) Correctional Facility. See dkt. # 47. After Defendants filed their motion, Plaintiffs sought leave of court to file a Second Amended Complaint. See dkt. # 49. The Court granted this motion, providing Plaintiffs until October 18, 2017 to file that Second Amended Complaint. See dkt. # 50.

As filing the Second Amended Complaint would cause the Defendants' motion to become moot, the Court will DENY the Defendants' motion to dismiss, dkt. # 47, with leave to renew should Plaintiffs fail to file an amended complaint as contemplated in the Court's earlier order. Should Plaintiffs file a Second Amended Complaint, the Court's order here will have no effect on Defendants' ability to respond in any appropriate way to

1

that Second Amended Complaint.

**IT IS SO ORDERED**

Dated: October 2, 2017

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge